THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAD McNAIR, Appellant.

Submitted February 23, 2009; decided March 26, 2009

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDELL PENA, Also Known as CLAUDELL ESPINAL, Appellant.

Submitted March 16, 2009; decided March 26, 2009

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM TAYLOR, Appellant.

Submitted March 9, 2009; decided March 26, 2009

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Chief Judge LIPPMAN taking no part.